UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Ronald Lee Schlangen, Kasie Rose Lydell,

       Plaintiffs,

vs.

Nick Otterson, et al.,

       Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 17-4225 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That this action is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. Let Judgment be entered accordingly.

DATED: 1/17/18
At Minneapolis, Minnesota

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court